

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8518

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>Julian ABONDO-Figueroa<br><br>                    Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about June 7, 2008, within the Southern District of California, defendant Julian ABONDO-Figueroa, did knowingly and intentionally import approximately 48.90 kilograms (107.58 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Mario Vazquez, Special Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9TH DAY OF JUNE 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

I, Special Agent Mario Vazquez, declare under penalty of perjury, the following is true and correct:

On 06/07/08, Julian ABONDO-Figueroa entered the United States through the Calexico, California West Port of Entry. ABONDO was the driver of a 1985 Ford Tempo, bearing CA/US license plate 3DKH982. US Customs and Border Protection Officer (CBPO) Espinoza discovered 14 packages concealed behind the back seat and within the dash area of the vehicle. One package was probed by CBPO Espinoza producing a green leafy substance that field tested positive for marijuana. The 14 packages were removed and weighed with a total weight of 48.90 kilograms (107.58 Lbs.)

ABONDO was arrested in violation of Title 21 United States Code (USC) 952, Importation of a Controlled Substance. ABONDO acknowledged and waived his Miranda Rights. ABONDO admitted that he was well aware that he was transporting marijuana in the vehicle. ABONDO stated that he was going to be paid $1,000.00 to cross the vehicle into the United States.

Executed on June 8, 2008 (date) at 9:30 AM (time)

_____
SPECIAL AGENT

One the basis of the facts presented in the probable cause statement consisting of 1 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on June 7, 2008, in violation of Title 21, United States Code, Section(s) 952 & 960.

_____                 6/8/2008 - 10:45 a.m.
United States Magistrate Judge             Date/Time